# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 14 WAL 2018

               Respondent         :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court

               v.                    :

                              :

KHYREE GARDENHIRE,            :

                              :

               Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.